UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| UNITED STATES OF AMERICA | ] | |
|---|---|---|
| | ] | |
| v. | ] | No. 3:08-00221 |
| | ] | Judge Nixon |
| DONALD MICHAEL RICHARDSON | ] | |
| Defendant. | ] | |

## ORDER

The defendant has filed a Notice of Appeal (Docket Entry No. 79) and an application to proceed on appeal in forma pauperis (Docket Entry No. 80).

It appears that the appeal is being brought in good faith. 28 U.S.C. § 1915(a)(3). Moreover, defendant's application shows that he lacks sufficient financial resources to pay the fee necessary for the filing of an appeal.

Accordingly, defendant's application to proceed on appeal in forma pauperis is hereby GRANTED. The Clerk is directed to forward a copy of this order to the Clerk of the Court of Appeals.

It is so ORDERED.

John T. Nixon
Senior District Judge